# United States District Court
## Southern District of Georgia

PARIS S. BARNES

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-252

JANE DOE et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 15, 2019, the REPORT AND RECOMMENDATION of the Magistrate Judge is ADOPTED as the opinion of this Court.

This action is DISMISSED WITHOUT PREJUDICE. This case stands CLOSED.

Approved by: _____



January 24, 2019
Date

. Poff

buty Clerk